Same case below, 608 F.3d 266.

## No. 10-433. Rothe Development Corporation, Petitioner v. Department of Defense, et al.

562 U.S. 1168, 131 S. Ct. 907, 178 L. Ed. 2d 803, 2011 U.S. LEXIS 60.

January 10, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Federal Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 374 Fed. Appx. 36.

as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of California denied.